SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL  (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7017
 Fax:         (415) 436-6748

*E-FILED 2/27/07*

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-06-07492-RS<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

This tax refund matter is set for a Case Management Conference on March 14, 2006.  The undersigned counsel is scheduled to start a trial before Judge Breyer on February 27, 2007.  The government requests that in order to avoid a potential conflict with that trial that the Case Management Conference be continued to April 18, 2007 at 2:30 p.m.  Plaintiff's counsel, Frank Ubhaus, has no objection to this request.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**
MODIFIED BY THE COURT

Upon request of the United States, the Case Management Conference is continued to May 2, 2007 at 2:30.

Date: February 27, 2007

RICHARD SEEBORG
U.S. Magistrate Judge