FRANK R. UBHAUS, CA STATE BAR NO. 46085
JEROLD A. REITON, CA STATE BAR NO. 116936
HEATHER H. MUNOZ, CA STATE BAR NO. 240832
BERLINER COHEN                                        *E-FILED 6/21/07*
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
jerold.reiton@berliner.com
heather.munoz@berliner.com

ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
ADMINISTRATOR OF THE ESTATE OF RUTH FOUND
HAWKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.  C-06-07492-RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE PLAINTIFF'S *OPPOSITION* TO MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S *REPLY* TO OPPOSITION<br><br>Date:      JULY 11, 2007<br>Time:     9:30 AM |

Plaintiff John Kessler, Administrator of the Estate of Ruth Found Hawkins, and Defendant the United States of America, by and through their undersigned counsel, hereby stipulate as follows:

1.      WHEREAS Defendant filed its Motion for Summary Judgment on or about April 13, 2007; and

2.      WHEREAS Plaintiff is required to file an opposition to Defendant's motion by June 20, 2007; and

3.      WHEREAS Defendant is required to file a reply to Plaintiff's opposition by June 27, 2007; and

4.      WHEREAS Plaintiff and Defendant have agreed to an extension of time to file their respective pleadings; and

5.      WHEREAS there have been no previous time modifications relating to the filing of such pleadings and Defendant has only requested an extension of time in this matter with respect to the initial status conference; and

6.      WHEREAS the parties do not believe the requested extension will effect the scheduling of the case as the initial status conference and the hearing on Defendant's Motion for Summary Judgment are scheduled for July 11, 2007;

IT IS PROPOSED AND STIPULATED:

The date set for Plaintiff to file his opposition to Defendant's Motion for Summary Judgment will be extended from June 20, 2007 to June 22, 2007, and the date set for Defendant to file a reply to Plaintiff's opposition will be extended from June 27, 2007 to June 29, 2007.

IT IS SO STIPULATED.

DATED:  JUNE 20, 2007                    BERLINER COHEN


                                         BY:  /S/
                                              HEATHER H. MUNOZ
                                              ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
                                              ADMINISTRATOR OF THE ESTATE OF RUTH
                                              FOUND HAWKINS


DATED:  JUNE 20, 2007                    UNITED STATES ATTORNEY


                                         BY:  /S/
                                              JAY R. WEILL
                                              ATTORNEYS FOR DEFENDANT THE UNITED
                                              STATES OF AMERICA

IT IS SO ORDERED.

DATED:  ___June 21___, 2007


                                         BY:  _____
                                              RICHARD SEEBORG
                                              UNITED STATES MAGISTRATE JUDGE