FRANK R. UBHAUS, CA STATE BAR NO. 46085
JEROLD A. REITON, CA STATE BAR NO. 116936
HEATHER H. MUNOZ, CA STATE BAR NO. 240832
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
jerold.reiton@berliner.com
heather.munoz@berliner.com

*E-FILED 9/28/07*

ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
ADMINISTRATOR OF THE ESTATE OF RUTH HAWKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C-06-07492-RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR TIME TO FILE PLEADINGS ON *PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT* OR PARTIAL MOTION FOR SUMMARY JUDGMENT, *DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT* |

Plaintiff John Kessler, Administrator of the Estate of Ruth Found Hawkins, and Defendant the United States of America, by and through their undersigned counsel, hereby stipulate as follows:

1.   WHEREAS Plaintiff intends to file a motion for summary judgment or partial summary judgment and Defendant anticipates filing a cross-motion for summary judgment;

2.   WHEREAS a hearing on such motions is scheduled for January 9, 2008;

3.   WHEREAS the parties have agreed to a briefing schedule for such motions;

4.   WHEREAS the parties have previously agreed to one time modification relating to the filing of pleadings on Defendant's motion for summary judgment and Defendant has only requested an extension of time in this matter with respect to the initial status conference;

CASE NO. C-06-07492-RS                                                      -1-

\HMUNOZ\739027.1
092607-15367001

|   |   |   |
|---|---|---|
| 1 | 5. WHEREAS the stipulated briefing schedule will not affect the Court's calendar | |

5. WHEREAS the stipulated briefing schedule will not affect the Court's calendar because the all pleadings will be filed in advance of the deadlines imposed by the Federal Rules of Civil Procedure;

IT IS PROPOSED AND STIPULATED:

The date set for Plaintiff to file his motion for summary judgment or partial summary judgment is November 21, 2007. The date set for Defendant to file its opposition to Plaintiff's motion for summary judgment or partial summary judgment, as well as a cross-motion for summary judgment, is December 5, 2007. Plaintiff's reply to Defendant's opposition to his motion for summary judgment or partial summary judgment, as well as Plaintiff's opposition to Defendant's cross-motion for summary judgment, will be due December 12, 2007. Defendant's reply to Plaintiff's opposition is due December 19, 2007.

IT IS SO STIPULATED.

DATED: SEPTEMBER 27, 2007         BERLINER COHEN

                                  BY: /s/
                                  HEATHER H. MUNOZ
                                  ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
                                  ADMINISTRATOR OF THE ESTATE OF RUTH
                                  FOUND HAWKINS

DATED: SEPTEMBER 27, 2007         UNITED STATES ATTORNEY

                                  BY: /s/
                                  DAVID DENIER
                                  ATTORNEYS FOR DEFENDANT THE UNITED
                                  STATES OF AMERICA

IT IS SO ORDERED.

DATED: 9/28, 2007

                                  BY: [signature]
                                  RICHARD SEEBORG
                                  UNITED STATES MAGISTRATE JUDGE

CASE NO. C-06-07492-RS                    -2-

\HMUNOZ\739027.1
092607-15367001