|   |   |
|---|---|
| 1 | FRANK R. UBHAUS, CA STATE BAR NO. 46085 |
|   | JEROLD A. REITON, CA STATE BAR NO. 116936 |
| 2 | HEATHER H. MUNOZ, CA STATE BAR NO. 240832 |
|   | BERLINER COHEN |
| 3 | TEN ALMADEN BOULEVARD |
|   | ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233 |
|   | TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388 |
|   | frank.ubhaus@berliner.com |
| 6 | jerold.reiton@berliner.com |
|   | heather.munoz@berliner.com |

*E-FILED 11/7/07*

ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
ADMINISTRATOR OF THE ESTATE OF RUTH HAWKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS, | CASE NO. C-06-07492-RS |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE: HEARING DATE AND BRIEFING SCHEDULE ON *PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT* OR PARTIAL MOTION FOR SUMMARY JUDGMENT, *DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT* |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff John Kessler, Administrator of the Estate of Ruth Found Hawkins, and Defendant the United States of America, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS Plaintiff intends to file a motion for summary judgment or partial summary judgment and Defendant anticipates filing a cross-motion for summary judgment;

2. WHEREAS a hearing on such motions is scheduled for January 9, 2008;

3. WHEREAS the parties desire to reschedule the hearing to February 27, 2008;

4. WHEREAS the parties have agreed to a briefing schedule for such motions;

///

///

CASE NO. C-06-07492-RS

-1-

5.  WHEREAS the parties have previously agreed to one time modification relating to the filing of pleadings on Defendant's motion for summary judgment and Defendant has only requested an extension of time in this matter with respect to the initial status conference;

6.  WHEREAS the rescheduled hearing will effect the Court's calendar but the stipulated briefing schedule will not because the all pleadings will be filed in advance of the deadlines imposed by the Federal Rules of Civil Procedure;

IT IS PROPOSED AND STIPULATED:

The date set for Plaintiff to file his motion for summary judgment or partial summary judgment is January 9, 2008. The date set for Defendant to file its opposition to Plaintiff's motion for summary judgment or partial summary judgment, as well as a cross-motion for summary judgment, is January 23, 2008. Plaintiff's reply to Defendant's opposition to his motion for summary judgment or partial summary judgment, as well as Plaintiff's opposition to Defendant's cross-motion for summary judgment, will be due January 30, 2008. Defendant's reply to Plaintiff's opposition is due February 6, 2008. The hearing on both the motion for summary judgment and the cross-motion for summary judgment will be held on February 27, 2008.

IT IS SO STIPULATED.

DATED:  NOVEMBER 7, 2007        BERLINER COHEN

                                BY:  /S/
                                     HEATHER H. MUNOZ
                                     ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
                                     ADMINISTRATOR OF THE ESTATE OF RUTH
                                     FOUND HAWKINS

DATED: NOVEMBER __, 2007        UNITED STATES ATTORNEY

                                BY:
                                     DAVID DENIER
                                     ATTORNEYS FOR DEFENDANT THE UNITED
                                     STATES OF AMERICA

///

///

CASE NO. C-06-07492-RS                      -2-

1                              IT IS SO ORDERED.

2     DATED:  11/7    , 2007

3
                                        BY: _____
4                                            RICHARD SEEBORG
                                             UNITED STATES MAGISTRATE JUDGE
5

CASE NO.  C-06-07492-RS                          -3-

\HMUNOZ\743035.1
110607-15367001