| | |
|---|---|
| 1 | FRANK R. UBHAUS, CA STATE BAR NO. 46085 |
| | JEROLD A. REITON, CA STATE BAR NO. 116936 |
| 2 | HEATHER H. MUNOZ, CA STATE BAR NO. 240832    *E-FILED 1/10/08* |
| | BERLINER COHEN |
| 3 | TEN ALMADEN BOULEVARD |
| | ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233 |
| | TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388 |
| | frank.ubhaus@berliner.com |
| 6 | jerold.reiton@berliner.com |
| | heather.munoz@berliner.com |

ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
ADMINISTRATOR OF THE ESTATE OF RUTH HAWKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS, | CASE NO. C-06-07492-RS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE: BRIEFING SCHEDULE ON *PLAINTIFF'S* PARTIAL MOTION FOR SUMMARY JUDGMENT AND *DEFENDANT'S* CROSS-MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff John Kessler, Administrator of the Estate of Ruth Found Hawkins, and Defendant the United States of America, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS Plaintiff intends to file a partial summary judgment and Defendant anticipates filing a cross-motion for summary judgment;

2. WHEREAS a hearing on such motions is scheduled for February 27, 2008;

3. WHEREAS the parties have agreed to a briefing schedule for such motions;

4. WHEREAS the parties intend to enter into settlement negotiations, which may dispense with the need for a determination with respect to the parties' intended motions;

///

5. WHEREAS the parties have previously agreed to two time modifications relating to the filing of pleadings on Defendant's motion for summary judgment and Defendant has only requested an extension of time in this matter with respect to the initial status conference;

6. WHEREAS the stipulated briefing schedule will not affect the Court's calendar because all the pleadings will be filed in advance of the deadlines imposed by the Federal Rules of Civil Procedure;

IT IS PROPOSED AND STIPULATED:

The date set for Plaintiff to file his motion for summary judgment or partial summary judgment is January 10, 2008. The date set for Defendant to file its opposition to Plaintiff's motion for summary judgment or partial summary judgment, as well as a cross-motion for summary judgment, is January 25, 2008. Plaintiff's reply to Defendant's opposition to his motion for summary judgment or partial summary judgment, as well as Plaintiff's opposition to Defendant's cross-motion for summary judgment, will be due February 1, 2008. Defendant's reply to Plaintiff's opposition is due February 8, 2008. The hearing on both the motion for summary judgment and the cross-motion for summary judgment will be held on February 27, 2008.

IT IS SO STIPULATED.

DATED: JANUARY 9, 2008         BERLINER COHEN

                               BY: /S/ HEATHER H. MUNOZ
                               HEATHER H. MUNOZ
                               ATTORNEYS FOR PLAINTIFF JOHN KESSLER,
                               ADMINISTRATOR OF THE ESTATE OF RUTH
                               FOUND HAWKINS

DATED: JANUARY 9, 2008         UNITED STATES ATTORNEY

                               BY: /S/ THOMAS M. NEWMAN
                               THOMAS M. NEWMAN
                               ATTORNEYS FOR DEFENDANT THE UNITED
                               STATES OF AMERICA

///

///

CASE NO. C-06-07492-RS

-2-

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED: __1/10__, 2008

BY: _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE