1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   HEATHER H. MUNOZ, CA STATE BAR NO. 240832
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD                                *E-FILED 12/5/08*
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   heather.munoz@berliner.com
6

7  ATTORNEYS FOR PLAINTIFF PLAINTIFF JOHN KESSLER,
   ADMINISTRATOR OF THE ESTATE OF RUTH FOUND
8  HAWKINS

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN KESSLER, ADMINISTRATOR OF         CASE NO.  C06 07492 RS
    THE ESTATE OF RUTH FOUND
13  HAWKINS,                               STIPULATION AND ~~PROPOSED~~ ORDER
                                           TO CONTINUE CASE MANAGEMENT
14             Plaintiff,                  CONFERENCE

15        v.

16  UNITED STATES OF AMERICA,

17             Defendant.

18

19      1.    This case is currently scheduled for a further case management conference on

20  December 10, 2008.

21      2.    The parties request that the Case Management Conference bet continued until

22  February 4, 2009, for several reasons. First, the parties have not finalized a settlement in this

23  case. Without discussing the details of the settlement, the parties both requested that the IRS

24  calculate the net refund due, which took some time following the last scheduled case

25  management conference. Defendant sent those amounts to plaintiffs for review. Second,

26  defense counsel is the sole attorney assigned to a case schedule for trial beginning on December

27  10, 2008. (Case No. CR-08-444-SBA.) Moreover, defense counsel is assigned to at least two

28  other cases with hearings on December 10, 2008. For that reason, defense counsel must arrange

for other Tax Division attorneys to cover those hearings and does not think sending another attorney to this conference would be in the parties' or the Court's interest since settlement discussions are still ongoing. Bases on the status of this case, and counsel's schedule, the parties' request a continuance until February 4, 2009.

DATED: DECEMBER 5, 2006        BERLINER COHEN

                               BY: _____
                               HEATHER H. MUNOZ
                               ATTORNEYS FOR PLAINTIFF
                               JOHN KESSLER, ADMINISTRATOR OF THE ESTATE
                               OF RUTH FOUND HAWKINS

DATED: DECEMBER 5, 2006

                               BY: _____
                               THOMAS M. NEWMAN
                               ASSISTANT UNITED STATES ATTORNEY
                               TAX DIVISION

## ORDER

In accordance with the parties' stipulation, the Case Management Conference is continued until February 4, 2009, at 2:30 a.m.

IT IS SO ORDERED.

DATED: DECEMBER  5 , 2008      _____
                               RICHARD SEEBORG
                               UNITED STATES MAGISTRATE JUDGE