JOSEPH P. RUSSONIELLO                                    *E-Filed 3/5/09*
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-6805
Fax:         (415) 436-6748
Thomas.Newman2@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS,** ) | **No. C-06-07492-RS** |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **STIPULATION TO CONTINUE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

1.      A Case Management Conference is currently set for March 11, 2009.  The parties are in the process of drafting a settlement agreement and plaintiffs scheduled an April 2, 2009 hearing for approval of the settlement with the California Superior Court.  The parties stipulate to continue the Case Management Conference until April 24, 2009.

1    Dated: March 4, 2009                                    /s/Thomas M. Newman
                                                             THOMAS M. NEWMAN
2                                                            Assistant United States Attorney
                                                             Tax Division
3

4    Dated: March 4, 2009                                    /s/Heather Munoz
                                                             HEATHER MUNOZ
5                                                            Attorney for plaintiff

6

7                                        ORDER

8            In accordance with the parties' stipulation, IT IS SO ORDERED.

9

10

11   Dated: March 5 , 2009
                                                             RICHARD SEEBORG
12                                                           United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28