JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-6805
 Fax:          (415) 436-6748
 Thomas.Newman2@usdoj.gov

**\*E-Filed 4/20/09\***

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **JOHN KESSLER, ADMINISTRATOR OF**<br>**THE ESTATE OF RUTH FOUND HAWKINS,**   ) <br>                                                                  ) <br>                              **Plaintiff,**                     ) <br>          **v.**                                                     ) <br>                                                                  ) <br>**UNITED STATES OF AMERICA,**                    ) <br>                                                                  ) <br>                              **Defendant.**                  ) <br>_____ ) | **No. C-06-07492-RS**<br><br>**STIPULATION TO**<br>**VACATE CASE**<br>**MANAGEMENT CONFERENCE** |

1.      A Case Management Conference is currently set for April 24, 2009 in this matter.
The parties previously filed several stipulations to continue the Case Management Conference in
an attempt to settle this matter.

2.      As of the previous stipulation, the parties were waiting for final approval from
those individuals with full settlement authority and approval of the settlement by the Superior
Court of California.  As of this date, the Superior Court has approved the parties' final
settlement.  For that reason, the further Case Management Conference will not be necessary.

3.      The parties request that the hearing be vacated at this time.  The parties will
promptly file a stipulation to dismiss this case after the terms of the settlement have been
effectuated.

1    Dated: April 14, 2009                    /s/Thomas M. Newman
2                                             THOMAS M. NEWMAN
                                             Assistant United States Attorney
3                                             Tax Division

4    Dated: April 14, 2009                    /s/Heather Munoz
5                                             HEATHER MUNOZ
                                             Attorney for plaintiff
6

7                                    ORDER

8        In accordance with the parties' stipulation, IT IS SO ORDERED.

9

10

11   Dated: April 20  2009

12                                            RICHARD SEEBORG
                                             United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2