JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-6805
Fax:             (415) 436-6748
Thomas.Newman2@usdoj.gov

*E-Filed 9/2/09*

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **JOHN KESSLER, ADMINISTRATOR OF THE ESTATE OF RUTH FOUND HAWKINS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. C-06-07492-RS**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action with prejudice.


Dated: September 1, 2009         */s/Thomas M. Newman*
                                 THOMAS M. NEWMAN
                                 Assistant United States Attorney
                                 Tax Division


Dated: September 1, 2009         */s/Heather Munoz*
                                 HEATHER MUNOZ
                                 Attorney for plaintiff

|   |   |
|---|---|
| 1 |  |
| 2 | **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
|   | **SAN JOSE DIVISION** |

JOHN KESSLER, ADMINISTRATOR OF       )
THE ESTATE OF RUTH FOUND HAWKINS,    )     No. C-06-07492-RS
                                     )
         Plaintiff,                  )
    v.                               )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
         Defendant.                  )
_____)

<u>ORDER</u>

In accordance with the parties' stipulation, IT IS SO ORDERED.


Dated: September 2, 2009              _____
                                      RICHARD SEEBORG
                                      United States Magistrate Judge

2